# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ALBERT WOOLENS

VERSUS

UNKNOWN DEPUTY #1, UNKNOWN
DEPUTY #2, SHERIFF JERRY J.
LARPENTER EX OFFICIO AS THE
TERREBONNE PARISH SHERIFF

NO.   2019 CW 1431

**FEB 1 8 2020**

---

In Re:   Albert Woolens, applying for supervisory writs, 18th
Judicial District Court, Parish of Iberville, No.
77994.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, and LANIER, JJ.**

**WRIT DENIED.**

**AHP**
**WIL**

**Higginbotham, J.,** concurs.   The criteria set forth in
**Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia,
Inc.,** 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT